MELINDA L. HAAG CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8972
   Facsimile: (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**SAN JOSE DIVISION**

| | |
|---|---|
| JAMES PAUL ANDREW TORAFSON<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant. | CASE NO.: C-5:12-cv-01649-EJD<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

     IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until November 13, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

/ / /

1     This is Defendant's first request for an extension of time in this matter.

                                            Respectfully submitted,

Dated: October 12, 2012        */s/ Marc V. Kalagian*
                                            (as authorized via e-mail)
                                            Marc V. Kalagian
                                            Attorney for Plaintiff

                                            MELINDA L. HAAG
                                            United States Attorney

Dated: October 12, 2012       By */s/ Elizabeth Barry*
                                            ELIZABETH BARRY
                                            Special Assistant U.S. Attorney
                                            Attorneys for Defendant

                                            ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/16/2012               _____
                                            EDWARD J. DAVILA
                                            UNITED STATES DISTRICT JUDGE