1  MELINDA L. HAAG CSBN 132612
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
       160 Spear Street, Suite 800
5      San Francisco, California 94105
       Telephone:  (415) 977-8972
6      Facsimile:  (415) 744-0134
       Email: Elizabeth.Barry@ssa.gov
7
   Attorneys for Defendant
8
                     UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
                     **SAN JOSE DIVISION**
10

11 JAMES PAUL ANDREW TORAFSON      )
                                   )   CASE NO.: C-5:12-cv-01649-EJD
12          Plaintiff,             )
                                   )   STIPULATION AND ~~PROPOSED~~ ORDER
13          v.                     )   FOR A FIRST EXTENSION FOR
                                   )   DEFENDANT TO FILE NOTICE, MOTION,
14                                 )   AND MEMORANDUM IN SUPPORT OF
   MICHAEL ASTRUE,                 )   CROSS-MOTION FOR SUMMARY
15 Commissioner of Social Security,)   JUDGMENT AND IN OPPOSITION TO
                                   )   PLAINTIFF'S MOTION FOR SUMMARY
16          Defendant.             )   JUDGMENT
   _____)
17

18
       IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval
19
   of the Court, that Defendant shall have a 30-day extension, or until November 13, 2012, in which to file
20
   his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in
21
   Opposition to Plaintiff's Motion for Summary Judgment.
22
   / / /
23

1 | This is Defendant's first request for an extension of time in this matter.

Respectfully submitted,

Dated: October 12, 2012

*/s/ Marc V. Kalagian*
(as authorized via e-mail)
Marc V. Kalagian
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated: October 12, 2012

By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/16/2012

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE