MELINDA L. HAAG CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8972
Facsimile: (415) 744-0134
Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**SAN JOSE DIVISION**

| | |
|---|---|
| JAMES PAUL ANDREW TORAFSON | CASE NO.: C-5:12-cv-01649-EJD |
| Plaintiff, | STIPULATION AND PROPOSED ORDER FOR A SECOND EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| MICHAEL ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until December 13, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

The undersigned counsel for the Defendant has exercised due diligence in managing her caseload and makes this request as a result of a heavy briefing schedule. In addition to this matter, in the coming week the undersigned counsel for the Defendant has dispositive briefs due in the following matters: *Clark v. Astrue* (EDCA) 2:12-cv-00479-CMK, *Johnson v. Astrue* (NDCA) 4:12-cv-1580-PJH, and *Morris-Hawkes v. Astrue* (EDCA) 3:12-cv-00483-SMS.

/ / /

This request is not intended to cause intentional day. This is Defendant's second request for an extension of time in this matter.

Respectfully submitted,

Dated: November 13, 2012

*/s/ Marc V. Kalagian*
(as authorized via e-mail)
Marc V. Kalagian
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated: November 13, 2012

By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 15, 2012

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE