MELINDA L. HAAG CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone:  (415) 977-8972
   Facsimile:  (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**SAN JOSE DIVISION**

| | |
|---|---|
| JAMES PAUL ANDREW TORAFSON )<br>)<br>       Plaintiff,    )<br>)<br>   v.           )<br>)<br>MICHAEL ASTRUE,      )<br>Commissioner of Social Security,  )<br>)<br>       Defendant.    )<br>_____) | CASE NO.: C-5:12-cv-01649-EJD<br><br>STIPULATION AND P̶R̶O̶P̶O̶S̶E̶D̶ ORDER FOR A SECOND EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

     IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until December 13, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

     The undersigned counsel for the Defendant has exercised due diligence in managing her caseload and makes this request as a result of a heavy briefing schedule. In addition to this matter, in the coming week the undersigned counsel for the Defendant has dispositive briefs due in the following matters: *Clark v. Astrue* (EDCA) 2:12-cv-00479-CMK, *Johnson v. Astrue* (NDCA) 4:12-cv-1580-PJH, and *Morris-Hawkes v. Astrue* (EDCA) 3:12-cv-00483-SMS.

/ / /

1  This request is not intended to cause intentional day. This is Defendant's second request for an
2  extension of time in this matter.

4  Respectfully submitted,

5  Dated: November 13, 2012   */s/ Marc V. Kalagian*
6  (as authorized via e-mail)
   Marc V. Kalagian
   Attorney for Plaintiff

7
   MELINDA L. HAAG
8  United States Attorney

9  Dated: November 13, 2012   By */s/ Elizabeth Barry*
   ELIZABETH BARRY
10 Special Assistant U.S. Attorney
   Attorneys for Defendant

13                  ORDER

14 PURSUANT TO STIPULATION, IT IS SO ORDERED.

15 DATED: November 15, 2012

   EDWARD J. DAVILA
16 UNITED STATES DISTRICT JUDGE