MELINDA L. HAAG CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8972
   Facsimile: (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**SAN JOSE DIVISION**

| | |
|---|---|
| JAMES PAUL ANDREW TORAFSON | CASE NO.: C-5:12-cv-01649-EJD |
| Plaintiff, | |
| v. | STIPULATION AND ~~PROPOSED~~ ORDER FOR A 7-DAY EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| MICHAEL ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 7-day extension, or until December 19, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

The undersigned counsel for the Defendant makes this request as a result of a heavy briefing schedule. This week the undersigned counsel for the Defendant filed an answering brief in *Tobeler v. Astrue*, No. 12-16392 (9th Cir) and also has due a dispositive brief in *Johnson v. Astrue*, No. 4:12-cv-1580-PJH (N.D. Cal.). This is Defendant's third request for an extension of time in this matter and is not intended to cause intentional delay.

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: December 12, 2012 | */s/ Marc V. Kalagian* |
| 3 |   | (as authorized via e-mail) Marc V. Kalagian Attorney for Plaintiff |
| 4 |   |   |
| 5 |   | MELINDA L. HAAG United States Attorney |
| 6 | Dated: December 12, 2012 | By */s/ Elizabeth Barry* ELIZABETH BARRY |
| 7 |   | Special Assistant U.S. Attorney Attorneys for Defendant |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/14/2012

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE