|  |  |
|---|---|
| 1 | MELINDA L. HAAG CSBN 132612 |
|  | United States Attorney |
| 2 | DONNA L. CALVERT, SBN IL 6191786 |
|  | Acting Regional Chief Counsel, Region IX |
| 3 | ELIZABETH BARRY, CSBN 203314 |
|  | Special Assistant United States Attorney |

160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8972
Facsimile: (415) 744-0134
Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**SAN JOSE DIVISION**

| JAMES PAUL ANDREW TORAFSON | ) | |
|---|---|---|
|  | ) | CASE NO.: C-5:12-cv-01649-EJD |
| Plaintiff, | ) | |
|  | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | FOR A 7-DAY EXTENSION FOR |
|  | ) | DEFENDANT TO FILE NOTICE, MOTION, |
|  | ) | AND MEMORANDUM IN SUPPORT OF |
| MICHAEL ASTRUE, | ) | CROSS-MOTION FOR SUMMARY |
| Commissioner of Social Security, | ) | JUDGMENT AND IN OPPOSITION TO |
|  | ) | PLAINTIFF'S MOTION FOR SUMMARY |
| Defendant. | ) | JUDGMENT |
|  | ) | |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 7-day extension, or until December 19, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

The undersigned counsel for the Defendant makes this request as a result of a heavy briefing schedule. This week the undersigned counsel for the Defendant filed an answering brief in *Tobeler v. Astrue*, No. 12-16392 (9th Cir) and also has due a dispositive brief in *Johnson v. Astrue*, No. 4:12-cv-1580-PJH (N.D. Cal.). This is Defendant's third request for an extension of time in this matter and is not intended to cause intentional delay.

Respectfully submitted,

Dated: December 12, 2012

*/s/ Marc V. Kalagian*
(as authorized via e-mail)
Marc V. Kalagian
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated: December 12, 2012

By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   12/14/2012

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE